**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-2226**

NAJIA RAHMANI,

Plaintiff - Appellant,

v.

CHRISTINE R. SANDERS,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Michael Stefan Nachmanoff, District Judge.  (1:24-cv-01974-MSN-WBP)

Submitted:  May 22, 2025                                    Decided:  May 27, 2025

Before KING, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Najia Rahmani, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Najia Rahmani appeals the district court's order dismissing her civil complaint for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B).  We have reviewed the record and find no reversible error.  Accordingly, we deny Rahmani's motions to appoint counsel and to compel and affirm the district court's order.  *Rahmani v. Sanders*, No. 1:24-cv-01974-MSN-WBP (E.D. Va. Dec. 5, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*